UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CURTIS L. MAJORS ] | |
|     Petitioner, ] | |
| ] | |
| v. ] | No. 3:14-0099 |
| ] | Judge Trauger |
| SHARON TAYLOR, WARDEN ] | |
|     Respondent. ] | |

### **O R D E R**

In accordance with the Memorandum contemporaneously entered, the Court finds no merit in petitioner's habeas corpus petition (Docket Entry No.1). Therefore, the habeas corpus petition is DENIED and this action is hereby DISMISSED. Rule 8(a), Rules -- § 2254 Cases.

Should the petitioner file a timely notice of appeal from this order, such notice shall be treated as an application for a certificate of appealability, 28 U.S.C. § 2253(c), which shall not issue because the petitioner has failed to make a substantial showing of the denial of a constitutional right.

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge